USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNE GONZALEZ<br>    Plaintiff<br><br>vs.<br>EQUIFAX INFORMATION<br>SERVICES, LLC, et al<br>    Defendants | Case Number 7:23-cv-02236-NSR<br><br><br>JUDGMENT |

On January 30, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JUNE GONZALEZ have judgment against Defendant CREDIT MANAGEMENT, in the amount of $1,001.00 (One Thousand One Dollars) plus all reasonable statutory attorneys' fees and costs incurred in pursuing the claims against Defendant in this action.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Complaint pertaining to this Action. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever.

The Clerk of Court is respectfully directed to close the case.

Dated: February 2, 2024

_____
Honorable Nelson S. Román